UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville Tennessee

Alvin Lee Ledford )
_____ )
_____ )      3:09-CV-358
(Enter above the NAME of the )
plaintiff in this action.) )

v.                        )

Gary perkins             )
+ the campbell co.       )
Sheriffs Dept            )
(Enter above the NAME of each )
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: none

         Defendants: no

1

2. COURT: (If federal court, name the district; if state court, name the county):

3. DOCKET NUMBER: none

4. Name of Judge to whom case was assigned: none

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) none

6. Approximate date of filing lawsuit: none

7. Approximate date of disposition: none

II. PLACE OF PRESENT CONFINEMENT: Campbell Co. Jail Jacksboro, TN

  A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

  B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

  C. If your answer is YES,

    1. What steps did you take? I could not get a Grievance - they wouldent give me one

    2. What was the result? coulden't get a Grievance

  D. If your answer to B is NO, explain why not. couldent Det a Grievance

  E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

  F. If your answer is YES,

    1. What steps did you take? told the guards + the medical staff about the injery to my Right hand

2

2. What was the result? Denied medical Attention

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Alvin Lee Ledford Jr.
   Present address: P.O. Box 82, Jacksboro TN 37757
   Permanent home address: don't have one
   Address of nearest relative: 265 patty hill Rd caryville TN 37714

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Gary perrins / the sheriffs Dept
   Official position: Sheriff of campbell co.
   Place of employment: Sheriffs Dept

C. Additional defendants: none

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT Knoxville TN

Alvin Lee Ledford Jr. )
_____ )
_____ )
Name of plaintiff (s) )
                      )
v.                    )   Case No. 3:09-CV-358
                      )         (to be assigned by Clerk)
Gary perkins         )
+ the campbell co.   )
Sheriffs Dept        )
Name of defendant (s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Denide medical treatment for my Right hand

2. Plaintiff, Alvin Lee Ledford Jr., resides at P.o. Box 82, Jacksboro
street address                        city
campbell, TN, 37757, 423-562-7446
county    state  zip code  telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Gary Perkins lives at, or its business is located at
P.O. Box 82 , Jacksboro ,
street address                                       city
Campbell , TN , 37757 .
county                                state         zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

✱ I got into A fight, my Right hand was injured I told the nurse she said there was nothing A Dr could do for it,,

✱ the jail is oven crowded A Room that has #12 Beds in it house 35 on more inmates at all times

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. to help me get medical Attention for my hand

b. fine the jail for all this over crowding.

c.

d.

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this _Alvin Lee Ledford_ day of _8-9-_____, 20_09_.

_Alvin Lee Ledford_

Signature of plaintiff (s)

3

# CERTIFICATE

## TO BE COMPLETED BY AN AUTHORIZED
## CUSTODIAN OF INMATE ACCOUNTS

I certify that the applicant herein has the sum of $ _____ on account to his/her credit at the _____ (institution where the applicant is currently incarcerated). I further certify that the average balance in the applicant's trust fund account during the last six months was $ _____ . A copy of the applicant's trust fund account (or an institutional equivalent) for the last six months is attached hereto.

_____
Signature of Authorized Officer

Sworn to and subscribed before me this
_____ day of _____, 2_____.


_____
Notary Public

My commission expires _____.

There is no trust fund account at the Jail no officer would sish this form



Alvin Lee Ledford
P.O. Box 52
Jacksboro TN 37757

KNOXVILLE TN 379

The writer of this letter
is a resident of
Campbell County Jail.

RECEIVED
AUG 12 2009

Clerk, United States District Court
800 Market Street
Suite 130
Knoxville TN 37902

37902+2303